IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON LEIGH,
   Plaintiff,
     v.

BANK OF AMERICA, N.A., et al.,
   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-4305-TWT

## ORDER

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the case for failure to comply with a lawful order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 11 day of May, 2012.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge